**THE HONORABLE MARY JO HESTON**
**CHAPTER 13**
**HEARING DATE: February 3, 2020**
**HEARING TIME: 1:00 P.M.**
**LOCATION: Tacoma, Washington**
**RESPONSE DATE: January 27, 2020**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No.: 19-43910-MJH |
| QUENIYA MARKEYTTA LASSITER and LARRY DEMETRIUS MAYS, | TRUSTEE'S OBJECTION TO CONFIRMATION WITH STRICT COMPLIANCE |
| Debtors. | |

**COMES NOW**, Michael G. Malaier, Chapter 13 Standing Trustee, and objects to confirmation as follows:

## **BACKGROUND**

Debtors filed this Chapter 13 case on December 7, 2019. The applicable commitment period is sixty months. The case is currently in the second month and the Meeting of Creditors has not yet been completed. The bar date for filing non-governmental claims is February 18, 2020. Scheduled unsecured claims total $199,993.00, and scheduled priority claims total

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

$21,500.00. Debtors propose to pay at least $102,965.40 to allowed nonpriority unsecured claims.

## **OBJECTION**

☒ Schedules or other documentation insufficient:

Trustee has requested, but not yet received, evidence of Debtors' claimed childcare expenses.

☒ Other:

(1) Debtors have not filed all required tax returns. Prior to confirmation a debtor must have "filed all applicable Federal, State, and local tax returns as required by section 1308." 11 U.S.C. § 1325(a)(9). Under section 1308(a), a debtor must file all applicable tax returns for the 4-year period ending on the date of the filing of the petition. Pursuant to the Internal Revenue Service's Proof of Claim (Claim 11-1), debtor has not filed the 2016, 2017, 2018 tax returns. Confirmation should be denied until such time as the returns are filed.

(2) Trustee has not yet been able to verify Mr. May's identification and social security number or taken his section 341 testimony. Trustee reserves the right to raise additional objections once testimony has been completed.

**WHEREFORE**, Trustee requests that the objection to confirmation be sustained and Debtors be ordered to file a motion to confirm a plan resolving the issues raised herein within 14 days of entry of the Order Sustaining Trustee's Objection to Confirmation; and to set the hearing on the next available motion calendar after the 14 days expires. If the Motion to Confirm resolving the Trustee's issues is not filed and set for hearing as outlined above, the Trustee requests he be allowed to enter an order dismissing the case, *ex parte*, without notice.

**DATED** this 17th day of January, 2020.

/s/ Mathew S. LaCroix
Mathew S. LaCroix, WSBA# 41847 for
Michael G. Malaier, Chapter 13 Trustee

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

## CERTIFICATE OF MAILING

I certify under penalty of perjury under the laws of the United States I caused to be mailed via first class mail a true and correct copy of Trustee's Objection to Confirmation to the following:

Queniya Markeytta Lassiter
Larry Demetrius Mays
417 E. 62nd Street
Tacoma, WA 98404

The following parties received notice via ECF:

Ellen Ann Brown
U.S. Trustee

Executed at Tacoma, Washington this 17th day of January, 2020.

/s/ Tracy Maher
Tracy Maher
Motion Coordinator for
Chapter 13 Trustee

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 3

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600