Form dbtrclm (07/2013)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

---

| | |
|---|---|
| In Re:<br><br>Queniya Markeytta Lassiter and Larry Demetrius Mays<br><br>Debtor(s). | Case Number: 19–43910–MJH<br>Chapter: 13 |

---

## NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR OR TRUSTEE

TO: **City of Newport News**

The Debtor or Trustee in this case filed a proof of claim in your behalf, pursuant to Fed. R. Bankr. P. 3004.

Dated: August 11, 2020

                                                         Mark L. Hatcher
                                                         Clerk of the Bankruptcy Court