**Law Offices of Brown and Seelye**
1700 Cooper Pt Rd SW #C5
Olympia, WA 98502
253-573-1958

Chapter 13

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:
QUENIYA MARKEYTTA LASSITER
LARRY DEMETRIUS MAYS

Debtor

Case No. 19-43910-MJH

EX PARTE VOLUNTARY MOTION TO DISMISS CHAPTER 13

QUENIYA MARKEYTTA LASSITER and LARRY DEMETRIUS MAYS, the above referenced debtors in the above mentioned case, through their attorney Ellen Ann Brown, moves this court for an order voluntarily dismissing this Chapter 13 Bankruptcy case. Debtors filed a petition for relief on 12/07/2019 and the case was confirmed on 3/27/2020. Debtors' main unsecured debts were student loans and the IRS. Debtors wish to work directly with their creditors and do not wish to be in a Chapter 13 any longer. Debtors' last known address is 417 E 62nd St. Tacoma, WA 98404. The Debtors pray that the Court dismiss this Chapter 13 Bankruptcy case.

DATED January 25, 2021

Presented by:

/s/ Ellen Ann Brown

_____
Ellen Ann Brown WSB 27992

MOTION TO VOLUNTARILY DISMISS    - 1

Brown & Seelye
Attorneys at Law
1700 Cooper Pt Rd SW #C5
Olympia, WA 98502
(253) 573-1958

Attorney for Debtor(s)

Brown & Seelye
Attorneys at Law
1700 Cooper Pt Rd SW #C5
Olympia, WA 98502
(253) 573-1958